**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ELIZA H.R. BIGHETTY,<br><br>                Defendant. | NO. CR10-228-JLR<br><br>DETENTION ORDER |

Offenses charged:

    Count 1:    Social Security Fraud-False Statements, in violation of 42 U.S.C. § 1383a(a)(2)

    Count 2:    Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A

    Count 3:    Misuse of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B)

    Count 4:    Theft of Government Funds, in violation of 18 U.S.C. § 641

Date of Detention Hearing: September 14, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is not contesting continued detention, but reserves the right to contest her continued detention if there is a change in circumstances.

2. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of September, 2010.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge